IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHERMAN OMAR GALBERTH, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-11-795-R |
| | ) |
| JANE STANDIFIRD, | ) |
| | ) |
| Respondent. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Robert E. Bacharach entered January 17, 2012 [Doc. No. 10]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED and the petition of Sherman Omar Galberth for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DENIED.

IT IS SO ORDERED this 6th day of February, 2012.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE